193 So. 893

## Will SLATTON v. STATE.
### 8 Div. 898.

Court of Appeals of Alabama.
Jan. 30, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

199 So. 916

## Charlie SMITH v. STATE.
### 4 Div. 613.

Court of Appeals of Alabama.
Nov. 19, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

193 So. 893

## Dike, alias Dyke, SMITH v. STATE.
### 8 Div. 766.

Court of Appeals of Alabama.
Jan. 30, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

193 So. 894

## G. W. SMITH v. STATE.
### 6 Div. 504.

Court of Appeals of Alabama.
Jan. 9, 1940.

Dan Trawick, Jr., of Birmingham, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

199 So. 916

## Jim SMITH v. STATE.
### 4 Div. 625.

Court of Appeals of Alabama.
Nov. 19, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

192 So. 923

## Will SMITH v. STATE.
### 6 Div. 606.

Court of Appeals of Alabama.
Dec. 19, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.